1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

10

11

12

13

14

15

| | |
|---|---|
| BENITO O. CARRANZA, et al., | ) |
| Plaintiffs, | ) |
| | ) No. CIV 10-412-TUC-CKJ |
| vs. | ) |
| | ) **ORDER** |
| CON-WAY INCORP., et al., | ) |
| Defendants. | ) |

16     On October 29, 2010, Magistrate Judge Jennifer C. Guerin issued a Report and

17   Recommendation in which she recommended that Defendant's Motion to Dismiss or

18   Transfer Venue (Doc. 3) be granted in part and denied in part.  Pursuant to 28 U.S.C. § 636,

19   the parties had fourteen days to serve and file any written objections to the Report and

20   Recommendation.[1]  The parties have not filed any timely objections.

21     Accordingly, after an independent review, IT IS ORDERED:

22     1.     The Report and Recommendation (Doc. 18) is ADOPTED.

23     2.     The Motion to Dismiss (Doc. 3) is DENIED and the Motion to Transfer Venue

24         (Doc. 3) is GRANTED.

25     3.     This case is transferred to the Phoenix Division.

26

27

28

---

[1]An additional three days is added for electronic service.  *See* Fed.R.Civ.P. 6(d);
Fed.R.Civ.P. 5(b)(2)(E).

1    4.    The Clerk of the Court shall assign a new case number and shall notify the

2          parties accordingly.

3    DATED this 17th day of November, 2010.

4

5

6    _____
          Cindy K. Jorgenson
7          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28